IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISTINA DAVIS, individually and
on behalf of all others similarly
situated                                                                                    PLAINTIFF

v.                              No. 4:22-cv-1140-DPM

ARKANSAS DEPARTMENT OF
CORRECTIONS and SOLOMON
GRAVES, Secretary of the Arkansas
Department of Corrections, in his
official capacity and in his individual
capacity                                                                                  DEFENDANTS

JUDGMENT

Davis's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2023